District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAHMANANDA REDDY BOGGULA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 2:25-cv-00533-KKE <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> May 22, 2025 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-526E (Immigrant Petition by Regional Center Investor), and his and his spouse's Forms I-485 (Application to Register Permanent Residence or Adjust Status). Defendant's response to the Complaint is currently due on May 30, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until July 29, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br>
[Case No. 2:25-cv-00533-KKE] - 1

UNITED STATES ATTORNEY <br>
700 STEWART STREET, SUITE 5220 <br>
SEATTLE, WA 98101 <br>
(206) 553-7970

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.

3      With additional time, this case may be resolved without the need of further judicial
4  intervention. Plaintiff's I-526E petition has already been approved during the pendency of this
5  litigation. Plaintiff's spouse is scheduled for a biometrics appointment as part of her I-485
6  application on May 29, 2025, and it is anticipated that USCIS will be able to adjudicate Plaintiff's
7  and his spouse's I-485 applications soon thereafter. Once adjudicated, this case will be moot.

8      Accordingly, the parties request that the Court hold the case in abeyance until July 29,
9  2025. The parties will submit a joint status report on or before July 29, 2025.

10 //
11 //

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-00533-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1  DATED this 22nd of May, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER
4  Acting United States Attorney                    BLESS LITIGATION LLC

5  *s/ Sean M. Arenson*                             *s/ Jesse M. Bless*
   SEAN M. ARENSON, WSBA No. 60465                  JESSE M. BLESS, MA Bar No. 660713
   Assistant United States Attorney                 Bless Litigation LLC
6  United States Attorney's Office                  6 Vineyard Lane
   Western District of Washington                   Georgetown, MA 01833
7  700 Stewart Street, Suite 5220                   Phone: (718) 704-3897
   Seattle, Washington 98101-1271                   Email: jesse@blesslitigation.com
8  Phone: (206) 553-7970                            *Admitted Pro Hav Vice
   Fax:   (206) 553-4073
9  Email: sean.arenson@usdoj.gov                    *Attorney for Plaintiff*

10 *Attorneys for Defendant*

11 *I certify that this memorandum contains 259
   words, in compliance with the Local Civil Rules.*
12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND           UNITED STATES ATTORNEY
ORDER                                                    700 STEWART STREET, SUITE 5220
[Case No. 2:25-cv-00533-KKE] - 3                         SEATTLE, WA 98101
                                                         (206) 553-7970

**ORDER**

The case is held in abeyance until July 29, 2025. The parties shall submit a joint status report on or before July 29, 2025. It is so **ORDERED**.

DATED this 23rd day of May, 2025.

_____
KYMBERLY K. EVANSON
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-00533-KKE] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970