UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAHMANANDA REDDY BOGGULA,<br><br>               Plaintiff(s),<br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>               Defendant(s). | CASE NO. C25-533-KKE<br><br>DISMISSAL ORDER |

The parties have notified the Court that they have settled this case. Dkt. No. 11. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

Dated this 1st day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1